GREGORY A. BROWER
United States Attorney
RONALD C. RACHOW
Assistant United States Attorney
100 West Liberty, Suite 600
Reno, Nevada 89501
Telephone: (775) 784-5438
Facsimile: (775) 784-5181

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,              )
                                       )    3:06-CR-0046-BES-(RAM)
        Plaintiff,                     )
                                       )
    v.                                 )
                                       )    ORDER GRANTING
GUY DODSON,                            )    MOTION TO DISMISS
                                       )
        Defendant.                     )
_____)

   COMES NOW United States of America by and through GREGORY A. BROWER, United States Attorney and RONALD C. RACHOW, Assistant United States Attorney and files this Motion to Dismiss the Indictment on file in the above captioned case.

   Prosecution in this case was deferred for a period of eighteen months to allow the Defendant to enter a program and demonstrate an ability to conform to the laws and rules of society. Attached is a letter from Pretrial Services establishing that the Defendant has met all the requirements

//
//
//

placed upon him as part of the pretrial diversion. Accordingly, the Government moves to dismiss the indictment.

Submitted this 22nd day of April 2008.

GREGORY A. BROWER
United States Attorney

/s/ Ronald C. Rachow
RONALD C. RACHOW
Assistant United States Attorney

ORDER

IT IS SO ORDERED.

DATED: This 23rd day of April, 2008.

/s/ Brian Sandoval
BRIAN SANDOVAL
United States District Judge

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEVADA
PRETRIAL SERVICES OFFICE

SHIELA ADKINS
CHIEF PRETRIAL SERVICES OFFICER
U. S. COURTHOUSE & FEDERAL BUILDING
400 SOUTH VIRGINIA, SUITE 104
RENO, NV 89501



PHONE: (775) 686-5964
Toll Free (800) 758-7059
FAX: (775) 686-5970

April 16, 2008

Mr. Ronald Rachow
Assistant U.S. Attorney
100 West Liberty, Suite 600
Reno, NV 89501

      **RE:   Guy DODSON**
            **Termination of Pretrial Diversion**
            **3:06-CR-0046-BES-RAM**

Dear Mr. Rachow:

Mr. Dodson began his eighteen-month pretrial diversion program on October 19, 2006. During this diversion period, he was required to report regularly to Pretrial Services in Tulsa, Oklahoma, he was prohibited from possessing a firearm, and he was not allowed to enter the Duck Valley Indian Reservation in Nevada and Idaho.

As we discussed, Mr. Dodson's supervising officer in Oklahoma advised that the defendant has complied with the terms of his pretrial diversion. We recommend that Mr. Dodson's pretrial diversion be terminated, and that the indictment issued on March 15, 2006, be dismissed.

                    Sincerely,

                    Jennifer Wuebker
                    U.S. Pretrial Services Officer